# Exhibit 1

**Parent Loan Data Form**

**PARENT DATA - PLUS LOANS ONLY**

Last Name: Robinson
First Name: Anthony
M.I.: W
Loan Amount Requested: $22,920.00

Street Address: [redacted]

City: [redacted]  State:   Zip:

Social Security Number: [redacted]

Date of Birth: [redacted]

Driver's License Number: N/A   State:

Telephone Number: ( )

Employer:

Employer Telephone Number:

Street Address:

Years Employed:

City:   State:   Zip:

Are you currently in default on an education loan? ☐ Yes ☒ No
Do you owe a refund on a federal student grant? ☐ Yes ☒ No
U.S. Citizen ☒ Yes ☐ No   ☐ Eligible Non-Citizen, Alien Registration # A_____ (Documentation Required)

**REFERENCES** - Please list two people with different U.S. addresses who have known you for at least three years.

1. Last Name: Willis   First Name: Andrea   Telephone Number: [redacted]
   Street Address: [redacted]
   City: [redacted]   State:   Zip:

2. Last Name: Harrison   First Name: Gwendolyn   Telephone Number: [redacted]
   Street Address: [redacted]
   City:   State:   Zip:

I authorize the U.S. Department of Education (Direct Loan) or selected lender (FFEL) to perform a check on my credit history as required under this loan program.

Parent's Signature: [signed]   Date: 3/12/10

KHE-342 (Revised 09/29/03)

**PARENT DATA - PLUS LOANS ONLY**

Last Name: Robinson
First Name: Anthony
M.I.: W
Loan Amount Requested: $

Street Address: [redacted]
Social Security Number: [redacted]

City: [redacted]  State: [redacted]  Zip: [redacted]
Date of Birth: [redacted]

Driver's License Number: [redacted]  State: [redacted]
Telephone Number: N/A

Employer: N/A
Employer Telephone Number: N/A

Street Address:
Years Employed: N/A

City:  State:  Zip:

Are you currently in default on an education loan? ☐ Yes ☒ No
Do you owe a refund on a federal student grant? ☐ Yes ☒ No
U.S. Citizen ☒ Yes ☐ No  ☐ Eligible Non-Citizen, Alien Registration # A_____ (Documentation Required)

**REFERENCES** - Please list two people with different U.S. addresses who have known you for at least three years.

1. Last Name: Willis  First Name: Andrea  Telephone Number: [redacted]
Street Address: [redacted]
City: [redacted]  State: [redacted]  Zip: [redacted]

2. Last Name: Harrison  First Name: Gwendolyn  Telephone Number: [redacted]
Street Address: [redacted]
City: [redacted]  State: [redacted]  Zip: [redacted]

I authorize the U.S. Department of Education (Direct Loan) or selected lender (FFEL) to perform a check on my credit history as required under this loan program.

Parent's Signature: Anthony W Robinson
Date: 5/19/2010 (or) 2/8/11

KHE-342 (Revised 09/29/03)