# Exhibit 2

FA IFAA

## INSTITUTIONAL FINANCIAL AID APPLICATION (IFAA) – ALL SCHOOLS

*If corrections are needed, do not use white-out.*
*Please make your corrections by striking through your error, adding the corrected information and initialing your changed information.*

### A. GENERAL INFORMATION

1. Last Name: Robinson   First Name: LaKeisha   MI: M   2. SSN: [redacted]
3. Street Address: [redacted]   City: [redacted]   State: [redacted]   Zip Code: [redacted]
4. Telephone: [redacted]   5. Cell Phone: SAME
6. If no telephone, give number where message may be left (___)
7. E-Mail Address: [redacted]
8. This Information Is Requested For U.S. Department Of Education Reporting:
   Gender: ☑ Female   ☐ Male
   Race Or Ethnic Group: [redacted]

9. If you, your spouse, or your parents own a business with <u>more</u> than 100 employees, please check any which apply below.
   ☐ – I own a business with more than 100 employees.
   ☐ – My spouse owns a business with more than 100 employees.
   ☐ – My parents own a business with more than 100 employees.
   ☑ – Not Applicable
   *If none of the parties listed own a business with more than 100 employees, you may answer "not applicable" or leave this section blank.*

10. Do you expect a significant change in you or your parent's financial situation for the current year. Please explain the nature of the change
    NO

### B. OTHER POSTSECONDARY EDUCATION

1. A. List Any Schools That You Attended Beyond The High School Level.
   B. List Any Other Schools That You Plan To Attend While Attending Our College.

| School | Location (City, State) | Dates (From-To) |
|---|---|---|
| Hair Academy | Lanham MD | 05-06 |
| | | |

2. If You Used A Different Name At The Above Schools, Please Indicate Name Used: _____

### C. CERTIFICATION STATEMENTS

KHE-309a (11/30/07 mh)

Page 1 of 3

FA IFAA

I certify that the information contained herein is true and correct.

I certify that I have not borrowed in excess of Title IV loan limits.

I certify that as a condition of my Financial Aid, I will not engage in the unlawful manufacture, distribution, dispensation, possession, or use of a controlled substance during the period covered by my enrollment here at this institution.

_____  2/15/09  _____  _____
Student's Signature             Date     Spouse's Signature (optional)   Date

_____  2/15/10  _____  _____
Father's Signature              Date     Mother's Signature              Date
(One parent signature needed for dependent students.)

D. AUTHORIZATION

I authorize the institution to credit my account with Title IV funds for not only tuition and fees but also for other charges that I incur for educationally related activities. I understand that I have a right to cancel or modify the provisions of this authorization.

_____  2/15/10  _____  2/15/10
Student's Signature             Date     Parent's Signature              Date
                                         (Parent signature needed only if PLUS funds requested)

### Financial Aid Office Notes
(school use only)

| Date | FAO Initals | Comments |
|------|-------------|----------|
|      |             |          |

**LOAN APPLICATION ADDENDUM**

KHE-309a (11/30/07 mh)                                          Page 2 of 3

FA IFAA

Applicant's Name: Lakisha Robinson
Applicant's Present Employer: Integrated Management Resources
Employer's Address: 14443 Old Mill Rd
City, State, ZIP: Upper Marlboro, MD 20772
Employer Phone Number: 301-306-0306

## REFERENCES

Mother: Andrea Willis
Address: [redacted]
City, State: [redacted]
Telephone: [redacted]
Employer: N/A
Employer's Address: N/A
City, State, ZIP: 
E-Mail Address: Keitu
Occupation: Administrative Assistant
Cell Phone: [redacted]
Employer Phone Number: ( )

Father: Anthony Robinson
Address: [redacted]
City, State: [redacted]
Telephone: ( )
Employer: N/A
Employer's Address: N/A
City, State, ZIP:
E-Mail Address:
Occupation: N/A
Cell Phone: [redacted]
Employer Phone Number: ( )

## OTHER RELATIVES

List three other relatives not living at home. All references must be living at different addresses and all sections must be fully completed.

Name: Gwendolyn Harrison
Street Address: [redacted]
City, State, ZIP: [redacted]
E-Mail Address: [redacted]
Relationship to you: Grandmother
Home Telephone: [redacted]
Employer: Retired

Name: Queen Robinson
Street Address: [redacted]
City, State, ZIP: [redacted]
E-Mail Address: [redacted]
Relationship to you: Grandmother
Home Telephone: [redacted]
Employer: N/A

Name: Thomas Burch
Street Address: [redacted]
City, State, ZIP: [redacted]
E-Mail Address: [redacted]
Relationship to you: Stepfather
Home Telephone: ( )
Employer: Metro

## PERSONAL STATUS

[x] Single   [ ] Married   [ ] Separated   [ ] Divorced   [ ] Widowed

Spouse: _____   E-Mail Address: _____   Wife's Maiden Name: _____
Spouse's Employer: _____   Telephone: ( )
Address: _____
City, State, ZIP: _____
Spouse's Parents: _____   Telephone: ( )
Address: _____
City, State, ZIP: _____

KHE-309a (11/30/07 mh)                                        Page 3 of 3