

**U.S. Department of Justice**

*United States Attorney
District of Maryland*

| | | |
|---|---|---|
| *Jane E. Andersen*<br>*Assistant United States Attorney*<br>*Jane.Andersen@usdoj.gov* | *Suite 400*<br>*36 S. Charles Street*<br>*Baltimore, MD 21201-3119* | *DIRECT: 410-209-4892*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-2310* |

March 17, 2017

**VIA ECF**
Honorable George Jarrod Hazel
United States District Judge
United States District Court, District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:  Robinson v. Pennsylvania Higher Education Assistance, et al, 15 CV 0079(GJH)

Dear Judge Hazel:

     I am an Assistant United States Attorney, assigned to represent the United States Department of Education (ED) in the above-referenced matter. I am writing to apprise the Court of a decision from the United States District Court for the District of Montana that was issued after the ED's motion to dismiss for lack of subject matter jurisdiction was fully submitted. In *Daniel v. Nat'l Park Serv.*, 16-cv-18, 2016 U.S. Dist. LEXIS 109199, 11-12, 2016 WL 4401369 (D. Mont. 2016), the Court held that the Fair Credit Reporting Act does not waive the United States' sovereign immunity. The case is currently on appeal before the United States Court of Appeals for the Ninth Circuit, Docket No. 16-35689.

                                                      Respectfully Submitted,

                                                      Rod J. Rosenstein
                                                     United States Attorney

                                                     _____/s_____
                                                     Jane E. Andersen
                                                     Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 17, 2017 I caused a copy of the forgoing letter to be served on all parties by filing this document with the Clerk of the Court under the Court's CM/ECF system, which electronically transmits a copy to the registered participants as identified on the Notice of Electronic Filing.

                                                 _____/s/_____
                                                 Jane E. Andersen
                                                 Assistant United States Attorney